Rick Hernandez
HERNANDEZ LAW OFFICES, LLC
P.O. Box 1039
Sunnyside, WA. 98944
(509) 837-3184

Attorney for Yamilex Atkinson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 4:25-CR-06012-MKD-2 |
| Plaintiff, ) | |
| vs. ) | MOTION AND DECLARATION TO CONTINUE PRETRIAL CONFERENCE AND JURY TRIAL |
| YAMILEX ATKINSON, ) | With Oral Argument |
| Defendant. ) | May 21, 2026  9:45 a.m., Richland, WA. |

COMES NOW the Defendant, Yamilex Atkison, by and through her attorney of record, Ricardo Hernandez, and moves this court for an order continuing the Pretrial Conference date set for May 21, 2026 @9:45am and Jurt Trial is set for 6/8/26 @9:00am.

This motion is based upon the court file in the instant case, and the accompanying declaration of counsel.

DATED this 19th day of May 2026

s/ Ricardo Hernandez
Ricardo Hernandez
WSBA #21463

MOTION AND DECLARATION TO CONTINUE
PRE-TRIAL AND TRIAL DATES              - 1 -

**DECLARATION**

RICARDO HERNANDEZ, being first duly sworn upon oath, deposes and

States as follows:

1. I am the attorney of record for the defendant Yamilex Atkison in the above matter.

2. The Pretrial Conference date set for May 21, 2026 @9:45am and Jurt Trial is set for 6/8/26 @9:00am.

3. Defense attorney needs additional time to review discovery. A substantial additional discovery was recently provided and it our understanding that there is more discovery outstanding.

4. Government has no objection.

5. The parties are in agreement that an eighth month continuance of the trial date is appropriate

6. For the reasons stated, defense counsel would request a continuance of the current Pretrial and Jury Trial Hearing.


Dated this 19th day of May 2026

s/ Ricardo Hernandez
Ricardo Hernandez
WSBA #21463

MOTION AND DECLARATION TO CONTINUE
PRE-TRIAL AND TRIAL DATES                    - 2 -

### CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: **Laurel Jane Holland,** Assistant U.S. Attorney and **Dennis Alan Hanson** Attorney for codefendant.

s/ Ricardo Hernandez
Ricardo Hernandez

MOTION AND DECLARATION TO CONTINUE
PRE-TRIAL AND TRIAL DATES                - 3 -